**2007–2254.   In re Carson.**
Stark App. No. 2007CA00070, 2007-Ohio-5687. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. Upon consideration of appellee's motion to dismiss and appellant's application for dismissal,

It is ordered by the court that the motion to dismiss is denied and the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–0575.   Zak v. Mentor.**
In Quo Warranto.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2008–0411.   Cleveland Clinic Found. v. Levin.**
Board of Tax Appeals, Nos. 2005–V–1726, 2006–V–99, and 2006–H–117.

## CASE ANNOUNCEMENTS

*April 30, 2008*

[Cite as *04/30/2008 Case Announcements,* 2008-Ohio-2014.]

## MOTION AND PROCEDURAL RULINGS